UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

------------------------------------X
In re:                              :
                                    :    Chapter 7
SHARED TECHNOLOGIES                 :
CELLULAR, INC.,                     :    Case No. 01-22988
                                    :
        Debtor                      :    August 5, 2011
------------------------------------X

$74.18
#274805

REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

__X__   The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_____   More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:    August 5, 2011.

                                        _____
                                        Richard M. Coan, Trustee
                                        (ct06376)
                                        Coan, Lewendon, Gulliver
                                        & Miltenberger, LLC
                                        495 Orange Street
                                        New Haven, CT 06511
                                        Telephone: (203) 624-4756
                                        Facsimile: (203) 865-3673
                                        rcoan@coanlewendon.com




# EXHIBIT A

Case Name:   SHARE TECHNOLOGIES CELLULAR, INC.

Case No.:    01-22988

| Name and Address | Claim No. | Distribution Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Nancy Kelly<br>203 Alter Avenue<br>Staten Island, NY 10305 | 967 | N/A | 1.33 | N/A |
| Linda J. Cook<br>490 Roxbury Road<br>York Haven, PA 17370 | 976 | N/A | 3.03 | N/A |
| John J. Hooven<br>108 Walton Street<br>Lemoyne, PA 17043-2022 | 977 | N/A | 1.83 | N/A |
| Marjorie Rodgers<br>916 Apple Drive<br>Mechanisburg, PA 17055 | 978 | N/A | .90 | N/A |
| Betty K. Hooven<br>108 Walton Street<br>Lemoyne, PA 17043-2022 | 979 | N/A | .36 | N/A |
| Janet Weidner<br>200 b Brookdale<br>Jefferson City, MO 65101 | 1025 | N/A | 2.35 | N/A |
| United Parcel Service<br>D&B/RMS Bankruptcy Service<br>P.O. Box 4396<br>Timonium, MD 21094 | 1040 | N/A | 4.61 | N/A |
| Lynn Chaplin<br>665 Copper Basin Road<br>Prescott, AZ 86303 | 1047 | N/A | 1.88 | N/A |
| Stephany Collins<br>5500 Lindley Avenue<br>No. 250<br>Encino, CA 91316 | 1055 | N/A | 4.87 | N/A |



| Name / Address | | | | |
|---|---|---|---|---|
| Joanne Hinman<br>0411 CR 39<br>Waterloo, IN 46793 | 1071 | N/A | 2.82 | N/A |
| Marie Esposito<br>635 Sixth Avenue<br>Lyndhurst, NJ 07071 | 1072 | N/A | 2.26 | N/A |
| J. Gregory Kashella<br>200 Spruce Court<br>Annville, PA 17003 | 1092 | N/A | 3.79 | N/A |
| Charlotte R. Fincher<br>2510 Carl Jones Road<br>Moody, AL 35004 | 1093 | N/A | 4.48 | N/A |
| Barbara A. Sabella<br>1168 Bay Ridge Parkway<br>Brooklyn, NY 11228 | 1113 | NA | 2.89 | N/A |
| Denise M. Villari<br>64 Hyatt Avenue<br>Yonkers, NY | 1116 | N/A | 2.06 | N/A |
| Helen M. Koza<br>255 Liberty Road<br>Tappan, NY 10983-1617 | 1122 | N/A | 1.44 | N/A |
| Virginia Huyett<br>19 Tyrone Avenue<br>Reading, PA 19607-1740 | 1129 | N/A | 2.03 | N/A |
| Nedra Gordon<br>120 Aldrich Street<br>#14A<br>Bronx, NY 10475 | 1135 | N/A | 2.80 | N/A |
| Josephine R. Scott<br>2507 Loveland Avenue<br>Erie, PA 16506-2026 | 1143 | N/A | 2.83 | N/A |
| Annie R. Richardson<br>918 Brush Hollow Road<br>Westbury, NY 11590-1709 | 1146 | N/A | 1.92 | N/A |
| Helen M. Gordon<br>P.O. Box 762<br>South Hampton, NY 11969 | 1147 | N/A | 1.18 | N/A |

| Name/Address | | | | |
|---|---|---|---|---|
| Joan F. Batchen<br>1196 S. Alpine Circle<br>Green Valley, AR 85614-1809 | 1184 | N/A | 3.74 | N/A |
| William E. Neivel<br>County Route 4<br>No. 2307<br>Fulton, NY 13069-3659 | 1207 | N/A | 1.69 | N/A |
| Mary Popielski<br>63 Didion Road<br>Lancaster, NY 14086 | 1212 | N/A | 3.80 | N/A |
| Matthew Strociek<br>11720 Ballard Road<br>Huntley, IL 60142 | 1215 | N/A | 2.84 | N/A |
| John R. McCay<br>115 20th St. N.<br>Pell City, AL 35125 | 1221 | N/A | 3.61 | N/A |
| Margaret D. Ingham<br>Two Oak Street<br>P.O. Box 327<br>Niverville, NY 12130 | 1222 | N/A | 2.52 | N/A |
| Commissioner of Revenue<br>State of Tennessee<br>Wilbur E. Hooks<br>Fourth Floor - Jackson<br>State Office Building<br>Nashville, NY 37242 | 1246 | N/A | 4.32 | N/A |
| TOTAL AMOUNT REMITTED TO CLERK: | | $ | 74.18 | N/A |





Click to buy NOW!
www.docu-track.com

Click to buy NOW!
www.docu-track.com